**FILED**

DEC 0 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE M. MOREHEAD,<br><br>    Petitioner,<br><br>v.<br><br>SOLEDAD STATE PRISON,<br><br>    Respondent. | Case No. C 14-4727 PSG (PR)<br><br>**ORDER OF DISMISSAL** |

On October 23, 2014, Jesse M. Morehead, proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. That same day, Morehead also filed an incomplete application to proceed in forma pauperis ("IFP"). The Clerk notified Morehead that he had not paid the filing fee, nor had he filed a complete application to proceed IFP. Along with the deficiency notice, Morehead was provided with an IFP application and instructions for completing it. Morehead was further cautioned that his failure to file a complete IFP application, or pay the filing fee within twenty-eight days would result in the dismissal of this action. On November 4, 2014, Morehead consented to proceeding before a magistrate judge. However, to date, Morehead has not paid his filing fee, nor has he filed a complete IFP application.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

Case No. C 14-4727 PSG (PR)
ORDER OF DISMISSAL

1     IT IS SO ORDERED.

2   DATED: __12-1-14__                                 _/s/ PSG_

3                                                          PAUL S. GREWAL
                                                         United States Magistrate Judge

Case No. C 14-4727 PSG (PR)
ORDER OF DISMISSAL                      2